### 24253. SULLIVAN v. THE STATE.

PER CURIAM. The Supreme Court of the United States on March 18, 1968, having reversed this court's judgment of affirmance of September 21, 1967 (223 Ga. 643 (157 SE2d 247)), it is ordered that in compliance with that court's judgment, this court's judgment of affirmance be hereby vacated, and the judgment of the trial court is hereby reversed.

*Judgment reversed. All the Justices concur.*

DECIDED APRIL 18, 1968.

*Richard W. Watkins, Jr., W. B. Mitchell, James G. Hampton,* for appellant.

*Edward E. McGarity, Solicitor General, Arthur K. Bolton, Attorney General,* for appellee.